UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HAKEEM PELUMI

v.                                                                                            CA 11-169 ML

ROBERT GENTILE, individually and in
his capacity as Human Resources Manager
of Gateway Healthcare, and MICHAEL BRAET,
individually and in his capacity as Human
Resources Officer of Gateway Heathcare

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on September 21, 2011 (Docket #18) and Plaintiff's Motion to Amend his Complaint (Docket #19). Plaintiff has not filed any objection to the Report and Recommendation and the time for doing so has passed. The Court, therefore, adopts the Report and Recommendation and makes the following orders:

1. The case is DISMISSED as to Messrs. Gentile and Braet in their individual capacities; and,

2. Defendant Gateway's Motion to Dismiss is DENIED in all other respects; and,

3. Plaintiff's Motion to Amend is GRANTED. Plaintiff is reminded that he must have a copy of his Amended Complaint served on Defendant Gateway Healthcare.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
October 17, 2011