UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HAKEEM PELUMI

    v.                                  CA 11-169 ML

GATEWAY HEALTHCARE

## MEMORANDUM AND ORDER

This matter is before the Court on a Report and Recommendation issued by Magistrate Judge Almond on January 3, 2012 (Docket #30).  No objection has been filed, and the time for doing so has passed.

The Court agrees with the legal conclusions set forth in the Report and Recommendation. Accordingly, the Court adopts the Report and Recommendation in its entirety.

The Motion to Dismiss is GRANTED as to Count I of the Complaint.  In all other respects, the Motion to Dismiss is DENIED.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
January 26, 2012