UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HAKEEM PELUMI

v.   CA 11-169 ML

GATEWAY HEALTHCARE, et al.

MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion to Amend, Alter and/or Vacate Judgment (Docket #88) and Plaintiff's Motion for New Trial (Docket #80).  Plaintiff has also filed a Motion to Stay Judgment Pending Appeal (Docket #91).  None of these motions have any merit.  Accordingly, they are DENIED.

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
Chief United States District Judge
June 5, 2013